# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Mohamed Saad Aly Aly, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: John R. Tunheim | |
| Petitioner, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case No: | 12-1960 (JRT/FLN) |
| | ) | Date: | October 2, 2012 |
| Amal Aden, | ) | Court Reporter: | Kristine Mousseau |
| | ) | Courthouse: | Minneapolis |
| Respondent. | ) | Courtroom: | 13E |
| | ) | Time Commenced: | 2:05 pm |
| | | Time Concluded: | 2:25 pm |
| | | Time in Court: | 20 Minutes |

**TELEPHONE CONFERENCE in Re:**

Petitioner's Amended Motion for Expedited Hearing on Merits, Request for Restraining Order, and Attorney's Fees and Costs  [Docket No.17]

APPEARANCES:

    Plaintiff: Nancy Zalusky Berg
    Defendants: Brian Scott Carter, Andrea Yang, David Swenson, Katherine Bruce

PROCEEDINGS:

- ☒ Motion granted, written Order forthcoming.
- ☒ Hearing set for November 13, at 9:30 am. Initial Disclosures and Identification of Experts due October 19, 2012. Expert Reports due October 26, 2012.

s/Janet Midtbo<br>Calendar Clerk