UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mohamed Aly Saad Aly, | ) |
| Petitioner, | ) Civil No. 12–1960 (JRT/FLN) |
| v. | ) |
| Amal Aden, | ) |
| Respondent. | ) |

DECLARATION OF BRIAN S. CARTER
IN SUPPORT OF RESPONDENT'S CLOSING BRIEF
(FBA *Pro Se* Project)

I, Brian S. Carter, under penalty of perjury under the laws of the United States of America declare that the following is true and correct:

1. I am Brian S. Carter, an attorney at the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and counsel of record for Respondent Amal Aden in the above-captioned matter.

2. I submit this declaration in support of Respondent Amal Aden's Closing Brief. The information set forth herein is either personally known to me or was gathered and is true and correct to the best of my knowledge and belief, based upon information as is available to me.

3. Attached to this Declaration as Attachment A is a true and correct copy of Respondent's Trial Exhibit (hereinafter "RTX") 75, Declaration of Kimberly Nunes to Authenticate Waterloo Police Reports Concerning Mohamed Aly Saad Aly and Amal Aden and Waterloo Regional Police Service Reports, dated October 31, 2012.

4. Attached to this Declaration as Attachment B is a true and correct copy of RTX 23, Medical Records from St. Mary's General Hospital.

1

5. Attached to this Declaration as Attachment C is a true and correct copy of RTX 24, Photographs taken by St. Mary's General Hospital.

6. Attached to this Declaration as Attachment D is a true and correct copy of RTX 25, Medical Records from Waterloo Region Sexual Assault/Domestic Violence Treatment Center.

7. Attached to this Declaration as Attachment E is a true and correct copy of RTX 79, Updated Order for Protection, issued November 8, 2012.

8. Attached to this Declaration as Attachment F is a true and correct copy of RTX 40, *Roundtree v. Aly*, Certified Petition for Protection, dated January 14, 2002.

9. Attached to this Declaration as Attachment G is a true and correct copy of RTX 38, *Roundtree v. Aly*, Certified copy of Temporary Restraining Order, issued April 16, 2002.

10. Attached to this Declaration as Attachment H is a true and correct copy of RTX 13, Yahoo Internet access and login report, dated June and July, 2012.

11. Attached to this Declaration as Attachment I is a true and correct copy of RTX 28, Bank of America Bank Statements, dated May, 2011 through January, 2012.

12. Attached to this Declaration as Attachment J is a true and correct copy of a letter from N. Berg to B. Carter dated October 8, 2012.

13. Attached to this Declaration as Attachment K is a true and correct copy of RTX 26, Petitioner's Response to First Set of Requests for Admission (Nos. 1-6), dated October 19, 2012.

14. Attached to this Declaration as Attachment L is a true and correct copy of RTX 33, Form 14A: Affidavit - Superior Court of Justice, dated June 13, 2012.

15. Attached to this Declaration as Attachment M is a true and correct copy of RTX 41, Expert Report of Jeffrey L. Edleson, dated October 26, 2012.

16. Attached to this Declaration as Attachment N is a true and correct copy of the Explanatory Report by Elisa Perez-Vera, dated April 1981.


Dated: November 29, 2012                By: /s/ Brian S. Carter


83529948.1